Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Dalila Saez Rivera
1030 S 8th St.
Allentown, PA 18103

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-13919-PMM**

Petition Filed Date: 10/31/2024
341 Hearing Date: 12/10/2024
Confirmation Date: 04/03/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $925.00 | | 09/05/2025 | $925.00 | | 10/06/2025 | $925.00 | |
| 11/04/2025 | $925.00 | | 12/08/2025 | $925.00 | | 01/06/2026 | $925.00 | |
| 02/04/2026 | $925.00 | | 03/09/2026 | $925.00 | | 04/06/2026 | $925.00 | |
| 05/05/2026 | $925.00 | | 06/04/2026 | $925.00 | | 07/06/2026 | $925.00 | |

**Total Receipts for the Period: $11,100.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $19,425.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $2,788.00 | $0.00 |
| 1 | LOANCARE LLC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | JP MORGAN CHASE BANK NA<br>»» 002 | Unsecured Creditors | $2,780.64 | $771.13 | $2,009.51 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $601.70 | $157.48 | $444.22 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $908.52 | $237.86 | $670.66 |
| 5 | PEOPLE FIRST FEDERAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $8,729.35 | $2,420.98 | $6,308.37 |
| 6 | PEOPLE FIRST FEDERAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $4,715.44 | $1,307.74 | $3,407.70 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $5,913.04 | $1,639.89 | $4,273.15 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $604.87 | $158.32 | $446.55 |
| 9 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 009 | Unsecured Creditors | $1,673.91 | $464.24 | $1,209.67 |
| 10 | RESURGENT RECEIVABLES, LLC<br>»» 010 | Unsecured Creditors | $2,086.61 | $578.68 | $1,507.93 |
| 11 | RESURGENT RECEIVABLES, LLC<br>»» 011 | Unsecured Creditors | $9,762.56 | $2,707.56 | $7,055.00 |
| 12 | RESURGENT RECEIVABLES, LLC<br>»» 012 | Unsecured Creditors | $2,283.47 | $633.32 | $1,650.15 |

**Chapter 13 Case No. 24-13919-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | BANK OF AMERICA NA<br>»» 013 | Unsecured Creditors | $8,206.68 | $2,276.07 | $5,930.61 |
| 14 | BANK OF AMERICA NA<br>»» 014 | Unsecured Creditors | $516.31 | $135.16 | $381.15 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 015 | Unsecured Creditors | $578.52 | $151.42 | $427.10 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 016 | Unsecured Creditors | $1,786.42 | $495.42 | $1,291.00 |
| 17 | SYNCHRONY BANK<br>»» 017 | Unsecured Creditors | $3,233.11 | $896.67 | $2,336.44 |
| 18 | PEOPLE FIRST FEDERAL CREDIT UNION<br>»» 018 | Unsecured Creditors | $481.05 | $118.46 | $362.59 |
| 19 | DEPARTMENT OF EDUCATION/MOHELA<br>»» 019 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | MACYS/CITIBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,425.00 | Current Monthly Payment: | $919.00 |
| Paid to Claims: | $17,938.40 | Arrearages: | ($126.00) |
| Paid to Trustee: | $1,421.68 | Total Plan Base: | $55,140.00 |
| Funds on Hand: | $64.92 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.